UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CORIE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:05-cv-1602-LJM-VSS |
| | ) |
| SPEEDWAY SUPERAMERICA LLC, | ) |
| | ) |
| Defendant. | ) |

**Granted
LJM**
June 12, 2006

### STIPULATION OF DISMISSAL

Come now the Plaintiff and the Defendant, by their respective counsel, and hereby stipulate to the dismissal with prejudice of this action pursuant to provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, costs paid.

Respectfully submitted,

| | |
|---|---|
| s/ Steven Sams | s/ William R. Groth |
| Steven Sams | William R. Groth |
| SMITH & WADE | FILLENWARTH DENNERLINE GROTH & TOWE |
| 12900 N. Meridian Street | 1213 North Arlington Avenue, Suite 204 |
| Carmel, IN 46032 | Indianapolis, IN 46219 |
| E-mail: ssams@smithwade.net | E-mail: wgroth@fdgtlaborlaw.com |
| *Attorney for Plantiff, Corie Smith* | *Attorney for Defendant, Speedway SuperAmerica LLC* |